# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| JOHN L. WRAY, JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16cv075 |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK L. PERRY, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 9, 2016 Order.

August 9, 2016

_____
Frank G. Johns, Clerk
United States District Court